DOMINIC DELL'OSSO, Assignee of MOUNT HOPE FINISHING COMPANY, Respondent, *v.* SILAS K. EVERETT, Appellant.

*Appeal — order reversing order of Special Term granting stay — appeal to Court of Appeals dismissed.*

*Dell'Osso* v. *Everett,* 206 App. Div. 718, appeal dismissed.

(Submitted March 31, 1924; decided April 15, 1924.)

APPEAL from so much of an order of the Appellate Division of the Supreme Court in the second judicial

department, entered May 24, 1923, as reversed so much of an order of Special Term as stayed execution of the judgment herein until the disposition of defendant's counterclaim.

*William H. Kinnear* for appellant.

*Howard P. Nash* and *Sidney M. Gottesman* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.